JS-6

AARON P. ALLAN - State Bar No. 144406
aallan@glaserweil.com
NOAH PERCH-AHERN - State Bar No. 262164
nperchahern@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
SAN GABRIEL VALLEY WATER COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN GABRIEL VALLEY WATER COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AEROJET-GENERAL CORPORATION, et al.,<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS AND THIRD-PARTY ACTIONS | CASE NO. CV-02-6346-ABC(RCx)<br><br>[*Consolidated for pretrial purposes with Cases nos. CV 02-5909-ABC(RCx), CV 02-6340-ABC(RCx), and CV-02-4565-ABC(RCx)*]<br><br>[~~PROPOSED~~] **JUDGMENT AND ORDER CLOSING CASE**<br><br>Hearing Date: [No Hearing Scheduled]<br>Time:<br>Courtroom:<br><br>Judge: Hon. Audrey B. Collins |

///

1 As a result of the various Orders re Dismissal of the defendants in this action and
2 those defendants' respective cross-complaints and third-party complaints, if any, the various
3 Order Approving Settlements of the defendants and Issuing Bar Orders, and the Order to
4 Dismiss Remaining Claims, the Court finds that there are no remaining claims to adjudicate
5 in the above-referenced matter and therefore enters a final Judgment and Order closing this
6 case. All parties shall bear their own attorneys' fees and costs.

Dated: February 20, 2013          By:_____
                                          Judge of the U.S. District Court

cc: timg@thegallaghergroup.com

**[PROPOSED] JUDGMENT AND ORDER CLOSING CASE**

791338